# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ROBERT JACKSON AND ALL SIMILARY SITUATED INDIVIDUALS, | : No. 70 WM 2015 |
| Petitioner | : |
| v. | : |
| ALLEGHENY COUNTY COMMON PLEAS COURT JUDGE JUDITH A. FRIEDMAN; PRESIDENT JUDGE JEFFREY A. MANNING; (FORMER) ADMIN. JUDGE EUGENE STRASSBURGER; KATE BARKMAN, DIRECTOR (COURT RECORDS DEPT); ANTHONY BAGNATO, CLERK, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of November, 2015, the Application for King's Bench Power or Extraordinary Jurisdiction is **DENIED**, and the Prothonotary is **DIRECTED** to strike the names of the jurists from the caption.